## BARRIOS ET AL. *v.* FLORIDA.

No. 722.  Decided May 16, 1966.

*Leonard B. Boudin, Victor Rabinowitz, Tobias Simon* and *Michael B. Standard* for appellants.

*Earl Faircloth,* Attorney General of Florida, and *Edward D. Cowart,* Assistant Attorney General, for appellee.

*Solicitor General Marshall* filed a memorandum for the United States, as *amicus curiae.*

PER CURIAM.

The appeal is dismissed.

MR. JUSTICE HARLAN is of the opinion that probable jurisdiction should be noted.

## WINTERS *v.* WASHINGTON.

No. 1143.  Decided May 16, 1966.

*George R. Mosler* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.